## Charles J. Monahan, Plaintiff-Appellee, v. Bruneau E. Heirich, Defendant-Appellant.

**Gen. No. 46,452.**

First District, First Division.

January 31, 1955.

Released for publication February 23, 1955.

Francis B. Stine, for appellant; Sarsfield Collins, for appellee. Opinion by PRESIDING JUSTICE BURKE. **Not to be published in full.**